IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDRA D. BRANTLEY, | ) |
| Claimant, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-294 (MTT) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 12) of United States Magistrate Judge Stephen Hyles on the Claimant's Complaint (Doc. 1) seeking review, under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c), of the Commissioner of Social Security's denial of the Claimant's application for Social Security disability benefits for lack of disability. The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends affirming the decision of the Commissioner because the Commissioner's denial of benefits was supported by substantial evidence. The Claimant has objected to the Recommendation (Doc. 13) and the Court has thoroughly considered the Claimant's Objection and has made a de novo determination of the portions of the Recommendation to which the Claimant objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this

Court.  Because there is substantial evidence in the record to support the determination that the Claimant is not disabled, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**, this the 14th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT